J a
y a r
a m

Lawyers for Innovators

MEMORANDUM ENDORSED

May 31, 2022

**Via ECF**
The Honorable Gabriel W. Gorenstein, Magistrate Judge
United States Courthouse
Courtroom 6B
500 Pearl St.
New York, NY 10007

**Re**:   *Hidden PPF LLC v. Hidden Jeans Inc.*, Docket No. 22-Civ-2002 (KPF)
         **Hidden PPF LLC's Requesting Adjournment of Settlement Conference**

Your Honor:

This firm represents Plaintiff and Counterclaim Defendant Hidden PPF LLC ("Hidden.NY"), and this letter is submitted jointly with counsel for Defendant and Counterclaim Plaintiff Hidden Jeans, Inc ("Hidden Jeans"). This matter is currently set for a settlement conference before the Court on June 6, 2022.

Pursuant to the Court's Order Scheduling Settlement Conference (ECF No. 23), the parties respectfully request that the settlement conference be adjourned to a later date. This request is made because the parties have made progress negotiating a resolution amongst themselves and believe that they might be able to resolve the matter without further involvement of the Court. Upon conferring with the Court's chambers, the parties request that the Court adjourn the settlement conference to July 7, 2022 at 10:00 a.m.

125 S Clark St, Suite 1175
Chicago, IL 60603

Vivek Jayaram
646-325-9855 •vivek@jayaramlaw.com
jayaramlaw.com

142 W 57th St, 11th Floor
New York, NY 10019

May 31, 2022<br>
Page 2 of 2

We thank you for your time and attention to this matter.

Sincerely,

/s/ Vivek Jayaram

cc: All Counsel of Record

Application granted. Submissions due June 30, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

June 1, 2022

Vivek Jayaram
125 S Clark St, Suite 1175           646-325-9855 •vivek@jayaramlaw.com           142 W 57th St, 11th Floor
Chicago, IL 60603                         jayaramlaw.com                                          New York, NY 10019