

Jayaram

Lawyers for Innovators

Via ECF
The Honorable Katherine Polk Failla, District Judge
United States Courthouse
Courtroom 618
40 Foley Square
New York, NY 10007



Re:   *Hidden PPF LLC v. Hidden Jeans Inc.*, Docket No. 22-Civ-2002 (KPF)

Dear Judge Failla:

Plaintiff and Counterclaim Defendant, Hidden PPF LLC ("Plaintiff") respectfully submits this letter to withdraw its prior July 18, 2022 Letter Motion in Support of Defendants and Counterclaim Plaintiffs, Hidden Jeans Inc. and Kenny Jin Park's (collectively "Defendants"), Letter Motion to File Under Seal (Docket Nos. 29, 33).

Specifically, in Plaintiff's letter motion, Plaintiff asked that the Court seal the identity of Plaintiff's founder in Defendants' Counterclaims, as that information had not previously been released to the public and Plaintiff obtained value through the fact that Plaintiff's founder's identity remained secret. (Docket No. 33).

However, Plaintiff recently learned that Plaintiff and its founder have been named in a lawsuit filed in California state court (the "California Action"). The complaint filed in the California Action discloses Plaintiff founder's identity. Plaintiff has decided that it will not attempt to seal the pleadings in the California Action, and therefore wishes to withdraw its prior letter motion to this Court so that the Court need not expend additional judicial resources on Plaintiff's request to seal the Counterclaims. Plaintiff does not oppose Defendants' Motion to Amend the Counterclaims (Docket No. 33) and no longer requests that Defendants' Counterclaims be filed under seal or in a redacted format.

Vivek Jayaram
646-325-9855 • Vivek@jayaramlaw.com
jayaramlaw.com

125 S Clark St, Suite 1175
Chicago, IL 60603

54 W 21 St, Suite 801
New York, NY 10003

August 18, 2022
Page 2 of 2

We thank the Court for its time and attention to this matter.

Sincerely,

/s/ Vivek Jayaram

cc: All counsel of record via CM/ECF

```
The Court is in receipt of Plaintiff's above letter.  For the
reasons stated above, Defendant shall file its amended counterclaims
in unredacted form on or before August 26, 2022.

The Clerk of Court is directed to terminate the motions at docket
entires 29 and 30.
```

```
Dated:  August 19, 2022              SO ORDERED.
        New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Vivek Jayaram
125 S Clark St, Suite 1175 | 646-325-9855 • Vivek@jayaramlaw.com | 54 W 21 St, Suite 801
Chicago, IL 60603 | jayaramlaw.com | New York, NY 10003